Nicole Owens
FEDERAL PUBLIC DEFENDER
Mark Ackley
First Assistant
FEDERAL DEFENDER SERVICES OF IDAHO
702 W. Idaho, Ste. 1000
Boise, Idaho 83702
Telephone:  (208) 331-5500
Facsimile:   (208) 331-5525

Attorneys for Defendant
JARED MICHAEL CROW


IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE DAVID C. NYE)


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:22-cr-00232-DCN |
| | ) | |
| Plaintiff, | ) | MOTION TO AMEND/CORRECT |
| | ) | JUDGMENT PURSUANT TO |
| vs. | ) | FEDERAL RULE OF CRIMINAL |
| | ) | PROCEDURE RULE 35 |
| JARED MICHAEL CROW, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


TO:   CLERK OF THE COURT, UNITED STATES DISTRICT COURT
      JOSHUA HURWIT, UNITED STATES ATTORNEY
      JUSTIN PASKETT, ASSISTANT UNITED STATES ATTORNEY


COMES NOW, Jared Michael Crow, by and through counsel, and

respectfully moves the Court pursuant to Rule 35 of the Federal Rules of

Criminal Procedure to amend the Judgment entered on March 26, 2024 due to technical error.

On March 26, 2024, the Court sentenced Mr. Crow to 257 months incarceration. The Court granted the defendant credit for 7 months spent in state custody related to the instant offense and subtracted such from 264 months resulting in the 257 months sentence. Mr. Crow was "initially arrested and detained on state charges related to the instant offense of conviction on March 11, 2022, and he remained in their custody until November 22, 2022." See PSR, pgs. 3-4, para. 4.  Thus he was incarcerated for 8 months 11 days rather than 7 months.

For the foregoing reason, Mr. Crow respectfully requests this Honorable Court amend the Judgment entered on March 26, 2024, to correctly reflect credit for 8 months 11 days spent in state custody rather than the 7 months initially granted.

Dated: March 28, 2024                          NICOLE OWENS
                                               FEDERAL PUBLIC DEFENDER
                                               By:


                                               /s/ Mark Ackley
                                               Mark Ackley
                                               First Assistant
                                               Federal Defender Services of Idaho
                                               Attorneys for Defendant
                                               JARED MICHAEL CROW

CERTIFICATE OF SERVICE

I CERTIFY that I am an employee of the Federal Defender Services of

Idaho, and that a copy of the foregoing document was served on all parties

named below on this 28th day of November, 2023.

Justin Paskett, Assistant United States Attorney
Office of the United States Attorney                    ____United States Mail
801 East Sherman Ave, Suite 192                         ____Hand Delivery
Pocatello, ID 83201                                     ____Facsimile Transmission
(208) 478-4166                                          __X__CM/ECF Filing
(208) 478-4175 – Facsimile                              ____Email Transmission
Justin.Paskett@usdoj.gov

Dated: March 28, 2024              /s/ Mark Ackley