UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>JARED MICHAEL CROW,<br><br>               Defendant. | Case No. 4:22-cr-00232-DCN<br><br>**ORDER AMENDING JUDGMENT** |

Before the Court is Defendant Jared Crow's Motion to Amend/Correct Judgment Pursuant to Federal Rule of Criminal Procedure 35. Dkt. 45. Crow moves the Court to grant him credit for 8 months 11 days as opposed to the 7 months granted at sentencing on March 26, 2024.  The Court finds good cause to grant Crow's motion. Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion (Dkt. 45) is GRANTED. Defendant's Judgment shall be amended to reflect a sentence of 255.66 months of incarceration instead of 257 months.

IT IS FURTHER ORDERED that Defendant not receive any further credit for time served prior to his federal arraignment date of November 22, 2022. That is, his sentence is to begin as of the date of sentencing, with no credit for time served prior to November 22, 2022, but with credit for time served after November 22, 2022. The time served in state jail from March 11, 2022, was taken off the top of his federal sentence so any credit for time

ORDER AMENDING JUDGMENT- 1

served between March 11, 2022, and November 22, 2022, would give him a double benefit for those days.

DATED: March 28, 2024

David C. Nye
Chief U.S. District Court Judge

ORDER AMENDING JUDGMENT- 2